UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTONIO GONZALEZ,

                        Petitioner,                      12-CR-702 (JMF)

                 -v-                                        ORDER

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 5, 2021, the Court ordered the Government to file "an answer or other pleadings" in response to Defendant Antonio Gonzalez's *pro se* motion brought under 28 U.S.C. § 2255. Gonzalez has since filed a motion to amend his Section 2255 motion. *See* ECF No. 39. The Government is hereby ORDERED to respond to the latter motion in its response to the Section 2255 motion itself; any reply filed by Gonzalez should address both motions.

      The Clerk of Court is directed to mail a copy of this Order to Gonzalez at the following address:

                        Antonio Gonzalez
                        Reg. No. 67273-054
                        FCI Loretto
                        P.O. Box 1000
                        Cresson, PA 16630

SO ORDERED.

Dated: May 20, 2021
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge