UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA            :

                           :

       -v-                      :          12-CR-702 (JMF)

                           :

ANTONIO GONZALEZ,         :             ORDER

                           :

             Defendant/Defendants.   :

                           :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 22, 2025, Defendant filed a "MOTION FOR RELIEF FROM JUDGMENT Pursuant to federal rules of Civil Procedure 60(b)(2), 60 (b)(3), 60(b)(6) and 60(d)3." *See* ECF No. 51.  The Government shall file any opposition to the motion by **January 12, 2026**, and Defendant shall file any reply by **February 2, 2026**.  In its opposition and reply, the parties should address whether the Court should treat the motion as a motion to vacate the conviction and sentence pursuant to 28 U.S.C. § 2255 (since, among other things, the Federal Rules of Civil Procedure do not apply given that this is a criminal case).

The Clerk of Court is directed to mail this Order to:

> ANTONIO GONZALEZ
> Register No. 67273-054
> 121 Hell Gate Circle
> New York, NY  10035

SO ORDERED.

Dated: December 22, 2025
       New York, New York

                                   JESSE M. FURMAN
                                 United States District Judge