UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANTONIO GONZALEZ,<br><br>Defendant. | 12-CR-702 (JMF)<br><br><u>MEMORANDUM OPINION AND ORDER</u> |

JESSE M. FURMAN, United States District Judge:

Defendant Antonio Gonzalez, who was convicted of child pornography offenses, *see* ECF Nos. 13, 15, and sentenced principally to 180 months' imprisonment, *see* ECF Nos. 21, 24, previously filed a *pro se* motion, purportedly pursuant to Rule 60 of the Federal Rules of Civil Procedure, for "relief from" the judgment, ECF No. 51, at 1. In a Memorandum Opinion and Order entered on February 3, 2026, the Court denied the motion as "beyond the scope of Rule 60," ECF No. 57, at 2 (cleaned up), but the Court neglected to opine on whether Gonzalez was entitled to a certificate of appealability. (He has since filed an appeal. *See* ECF No. 58.) He is not, as he did not make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c); *see also, e.g.*, *Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012).

For these reasons, a certificate of appealability will not issue. The Clerk of Court is directed to provide a copy of this Memorandum Opinion and Order to the Clerk of the United States Court of Appeals for the Second Circuit and to mail a copy of it to:

ANTONIO GONZALEZ
Register No. 67273-054
121 Hell Gate Circle
New York, NY 10035

SO ORDERED.

Dated: July 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge